### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELIS PACHECO,** | : | |
| *Plaintiff*, | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **SANDRA PADJAN and,** | : | **No. 16-3625** |
| **XCENTRIC VENTURES LLC d/b/a** | : | |
| **RIPOFF REPORT** | : | |
| *Defendants*. | : | |

## O R D E R

**AND NOW**, this 8th day of November, 2016, upon consideration of Plaintiff's Motion for Alternative Service (Doc. No. 4) it is **hereby ORDERED** as follows:

1. Plaintiff's Motion (Doc. No. 4) is **DENIED WITHOUT PREJUDICE**; and

2. Plaintiff has three weeks from the date of this Order to serve the summons and complaint on Defendants in accordance with the applicable Rules of Civil Procedure.  A failure to effectuate service will result in the Court dismissing this action pursuant to Federal Rule of Civil Procedure 4(m).


                                        BY THE COURT:


                                        S/Gene E.K. Pratter
                                        GENE E.K. PRATTER
                                        United States District Judge